UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THAD LAVALLEE, )<br>Plaintiff )<br>v. )<br>TOWN OF DEDHAM, DEDHAM PUBLIC )<br>SCHOOLS, MICHAEL WELCH, in his individual )<br>capacity, and JAMES FORREST, in his individual )<br>Defendants ) | Civil Action No. 22-10554 |

JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 16 and 26, and Local Rule 16.1, the parties jointly submit this proposed scheduling statement.

I. PROPOSED DISCOVERY PLAN AND MOTION SCHEDULE

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by Wednesday, August 3, 2022.

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after February 2, 2023.

3. **Fact Discovery Deadlines**.

    a. Initial written discovery requests, except for requests for admission must be served by Friday, September 2, 2022.

    b. Depositions of all fact witnesses must be completed by February 2, 2023.

    c. Requests for admission must be served by Monday, March 6, 2023.

4. **Status conference.** At the conclusion of fact discovery, on a date convenient for the Court.

5. **Expert Disclosures and Discovery**.

    a. The Plaintiff will make expert witness disclosures, if any, by Monday, March 6, 2023.

    b. The Defendant will make expert witness disclosures, if any, by Wednesday, April 5, 2022.

    c. Expert depositions will be conducted by Friday, May 5, 2022.

6. **Dispositive Motions**.

    a. Dispositive motions, *i.e.*, motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by Monday, June 5, 2023.

II. ALTERNATIVE DISPUTE RESOLUTION

The parties do not wish to be referred to a magistrate for a mediation at this time.

III. CERTIFICATIONS

Certificates pursuant to Local Rule 16.1 (D) (3) will be filed separately.

IV. CONSENT TO A MAGISTRATE

The parties consent to trial by Magistrate Judge Judith G. Dein.

Respectfully submitted,

The Plaintiff,
Thad LaVallee,
By his attorney,

/s/ Lucas Newbill
Lucas Newbill, BBO# 697176
Law Offices of Lucas Newbill
P.O. Box 1741
Brookline, MA 02446
(617) 918-7567
lucas@lucasnewbill.com

The Defendants,
TOWN OF DEDHAM, DEDHAM PUBLIC SCHOOLS, MICHAEL WELCH, and JAMES FORREST

By their attorney,

/s/ Brian E. Lewis
Brian E. Lewis, Esq. (BBO #643717)
Austin D. Jones, Esq. (BBO #709313)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: July 1, 2022

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

/s/ Lucas Newbill
Lucas Newbill, BBO# 697176

DATED: July 4, 2022