UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THAD LAVALLEE, )<br>Plaintiff )<br>v. )<br>TOWN OF DEDHAM, DEDHAM PUBLIC )<br>SCHOOLS, MICHAEL WELCH, in his individual )<br>capacity, and JAMES FORREST, in his individual )<br>Defendants ) | C.A. No. 1:22-cv-10554-JGD |

JOINT PROPOSED SCHEDULE FOR THE REMAINDER OF THE CASE

The parties jointly submit this proposed schedule for the remainder of the case pursuant to this Court's Order (ECF#39) that: "If a settlement is not reached [at mediation], the parties shall file a joint proposed schedule for the remainder of the case within 2 weeks following completion of the mediation." Settlement was not reached at mediation conducted on November 6, 2023. ECF#47.

I. PROPOSED DEADLINE FOR FILING OF DISPOSITIVE MOTIONS

   a. Dispositive motions, *i.e.*, motions for summary judgment or partial summary judgment, must be filed by Friday, December 8, 2023.

   b. Oppositions and Replies are to be filed in accordance with Local Rule 56.1.

II. TRIAL

   a. The parties propose a pretrial conference two (2) weeks following court ruling on dispositive motions to set final pretrial conference and trial dates.

Respectfully submitted,

The Plaintiff,
Thad LaVallee,
By his attorney,

1

/s/ Lucas Newbill
Lucas Newbill, BBO# 697176
Law Offices of Lucas Newbill
P.O. Box 1741
Brookline, MA 02446
(617) 918-7567
lucas@lucasnewbill.com

The Defendants,
TOWN OF DEDHAM, DEDHAM PUBLIC SCHOOLS, MICHAEL WELCH, and JAMES FORREST

By their attorney,

*/s/ Brian E. Lewis*
Brian E. Lewis, Esq. (BBO #643717)
Austin D. Jones, Esq. (BBO #709313)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: Nov. 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

*/s/ Lucas Newbill*
Lucas Newbill, BBO# 697176

DATED: Nov. 14, 2023

2