# United States Court of Appeals
## For the First Circuit

No. 24-1644

THAD LAVALLEE,

Plaintiff - Appellant,

v.

TOWN OF DEDHAM; DEDHAM PUBLIC SCHOOLS; MICHAEL J. WELCH, in their individual capacity; JAMES P. FORREST, in their individual capacity,

Defendants - Appellees.

**JUDGMENT**

Entered: November 26, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lucas Newbill
Brian Eric Lewis
Austin Jones
Jeanette Piaget Figueroa