# United States Court of Appeals
## For the First Circuit

No. 24-1644

THAD LAVALLEE,

Plaintiff - Appellant,

v.

TOWN OF DEDHAM; DEDHAM PUBLIC SCHOOLS; MICHAEL J. WELCH, in their individual capacity; JAMES P. FORREST, in their individual capacity,

Defendants - Appellees.

**MANDATE**

Entered: November 26, 2024

In accordance with the judgment of November 26, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Austin Jones
Brian Eric Lewis
Lucas Newbill
Jeanette Piaget Figueroa